# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **JEFFREY PORTER, on his own behalf and on behalf of all others similarly situated,** ) | **Case No. 07 CV 4446** |
| ) | |
| **Plaintiff,** ) | |
| ) | **Judge Joan H. Lefkow** |
| **vs.** ) | **Magistrate Judge Denlow** |
| ) | |
| **EVANSTON NORTHWESTERN HEALTHCARE CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | **Consolidated with:** |
| **AMIT BERKOWITZ, individually and on behalf of all others similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No. 07 CV 4523** |
| ) | |
| **vs.** ) | |
| ) | |
| **EVANSTON NORTHWESTERN HEALTHCARE CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| **GERALD AND NOREEN LEKAS,** ) | **Case No. 07 CV 5275** |
| **individually and on behalf of all others similarly situated,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **EVANSTON NORTHWESTERN HEALTHCARE CORPORATION,** ) | |
| ) | |
| **Defendant** ) | |

## PRETRIAL ORDER NO. 1 REGARDING
## CONSOLIDATION AND MANAGEMENT OF LITIGATION

WHEREAS, Plaintiffs Jeffrey Porter (who has since filed a voluntary notice of dismissal), Amit Berkowitz and Gerald and Noreen Lekas have filed complaints (the "Complaints") in the above- referenced actions for alleged violations of the antitrust laws by Evanston Northwestern Healthcare Corporation ("Defendant") pursuant to Section 2 of the Sherman Act, 15 U.S.C. § 2 and Section 7 of the Clayton Act, 15 U.S.C. § 18.

WHEREAS, Plaintiffs seek to proceed on behalf of two proposed classes of patients who paid for services at Evanston Northwestern Healthcare Corporation's hospitals including Evanston Hospital, Highland Park Hospital, and Glenbrook Hospital during the period from January 1, 2000 to the present;

WHEREAS, Plaintiffs have consented to the filing of a master consolidated amended complaint including each of them;

WHEREAS, consolidation of the Complaints and other like actions will avoid duplication and unnecessary costs, and will promote the efficient conduct of proceedings herein;

NOW, THEREFORE, THE COURT ORDERS:

## I.  PROCEDURES FOR CAPTIONING, FILING AND DOCKETING

1.     The clerk shall establish and maintain a Master Docket and Master File for this proceeding under the caption "**In re: Evanston Northwestern Healthcare Corporation Antitrust Litigation," Master File No. 07 CV 4446.**   All orders, pleadings, motions and other documents, when filed and docketed in the Master File, will be deemed filed and docketed in each individual case.

2.     All papers hereafter filed in the Consolidated Action shall bear the caption "In re: Evanston Northwestern Healthcare Corporation Antitrust Litigation".

3.     Every pleading hereafter filed in the Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re: Evanston Northwestern Healthcare** ) <br> **Corporation Antitrust Litigation** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> **All Actions** ) <br> _____ ) | **Master File No. 07 CV 4446** <br><br> **Judge Joan H. Lefkow** <br> **Magistrate Judge** |

4.     When a pleading or paper is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words, "This Document Relates To:" in the caption set out above. When a pleading or paper is intended to be applicable only to some, but not all, of such actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the last name of the first named plaintiff(s) in said action shall appear immediately after the words "This Document Relates To:" in the caption described above, i.e., "Civil Action No. _____, [Name of plaintiff(s)]."

5.     When a pleading or paper is filed and the caption, pursuant to ¶ 4, shows that it applies to "All Actions," the Clerk shall file such pleading or paper in the Master File and note

such filing in the Master Docket. No further copies need to be filed or other docket entries made.

6. When a pleading or paper is filed and the caption pursuant to ¶ 4, shows that it applies to fewer than all of the Actions, the Clerk shall file such pleading or other paper only in the Master File but nonetheless shall note such filing in both the Master Docket and in the docket of each such action.

7. On the date of filing, or a soon thereafter as possible, a courtesy (paper) copy of any electronically-filed document must be delivered to the Clerk's Office drop-box next to the north elevator bank on the 20th Floor, OR to the drop-box located outside the office of Judge Lefkow's Courtroom Deputy, Room 1932. Courtesy copies should not be delivered to chambers and shall be designated "Judge Lefkow Courtesy Copy."

## II.   CONSOLIDATED COMPLAINT AND RESPONSIVE PLEADING

8. Upon the entry of this Order, the Complaints filed in Civil Action Nos. 07-cv-04523 (ND Ill.) and 07-cv-5275 (ND Ill.) will be stayed until the filing of a Consolidated Amended Complaint, at which point they will be dismissed without prejudice.

9. Defendants shall have no obligation to answer, move or otherwise plead in response to the Complaints.

10. Plaintiffs shall file a Consolidated Amended Complaint on or before November 29, 2007. The Consolidated Amended Complaint shall be deemed Plaintiffs' initial filing for purposes of Fed. R. Civ. P. 15(a).

11. Defendants shall answer, move or otherwise plead in response to the Consolidated Amended Complaint within 20 days after the Consolidated Amended Complaint is filed.

## III.   SUBSEQUENTLY FILED RELATED ACTIONS

12.     In the event that any party to this action seeks to have any other case that it believes is related to this action and that is pending, subsequently filed, or transferred to the Northern District of Illinois deemed to be a related case pursuant to Local Rule 40.4 and/or consolidated with this action pursuant to Fed. R. Civ. Proc. 42, such party shall file an appropriate motion with the court.

## IV.     SERVICE OF PAPERS

13.     Defendants shall affect service of papers on plaintiffs by serving a copy via overnight courier, electronic mail, telecopy or hand-delivery on plaintiffs' counsel.

14.     Plaintiffs shall affect service of papers on Defendants by serving a copy via overnight courier, electronic mail, telecopy or hand-delivery on Defendants' counsel.

15.     With respect to any court filings made by a party through the court's electronic filing system (ECF), notice via ECF shall constitute service as to registered filers; however, a courtesy copy shall also be served on all other parties of record via overnight courier, electronic mail, telecopy and/or hand-delivery as appropriate.

16.     A status conference shall be held before this Court on *April 22*, 2008, at *9:30* a.m. in Courtroom 1925.


SO ORDERED this *22nd* day of January 2008:


_____
United States District Judge
*1-22-08*